# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| LAZARO YOSVEL HERNANDEZ PACHECO | CIVIL ACTION NO. 26-0681 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN LASALLE DETENTION FACILITY | MAGISTRATE JUDGE LEBLANC |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 2, the petitioner's petition for writ of habeas corpus, Record Document 1, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus is **DENIED AS MOOT** and **DISMISSED**.

**DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of May, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**